IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-293-FL

| | |
|---|---|
| JESSE E. BARLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO SET TELEPHONIC |
| ) | HEARING ON PLAINTIFF'S |
| LIEUTENANT GENERAL WILLIAM ) | MOTION FOR A TEMPORARY |
| GARRETT, et al., ) | RESTRAINING ORDER |
| ) | |
| Defendants. ) | |

For good cause having been shown upon the motion of the Defendants for a telephonic hearing on the Plaintiff's Motion for a Temporary Restraining Order, currently scheduled for hearing at 1:30 p.m. on April 30, 2013, in New Bern, North Carolina, it is hereby

ORDERED that the courtroom hearing scheduled for April 30, 2013, is cancelled, and the hearing on the Plaintiff's Motion for a Temporary Restraining Order shall be conducted by telephone at 1:30 p.m. on April 30, 2013.

This 23rd day of April, 2013.

LOUISE W. FLANAGAN
United States District Judge